**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CLINTON TOWNSHIP | : | No. 388 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| THE ZONING HEARING BOARD OF | : | |
| CLINTON TOWNSHIP AND TEEN | : | |
| CHALLENGE TRAINING CENTER, INC. | : | |
| | : | |
| | : | |
| PETITION OF: TEEN CHALLENGE | : | |
| TRAINING CENTER, INC. | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.